UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No.: 7:16-CR-00010 |
| ) | |
| MICHAEL JEROME PATTERSON ) | |

## ORDER

It is hereby ORDERED that monies posted with the Court for the secured bond of the defendant on April 15, 2016, in the amount of $1,500.00 shall be refunded to Jimmy Leonard Harper, 361 Sandlewood Road, Wirtz, VA 24184.

It is so **ORDERED**.

Enter: May 12, 2016

/s/ *Robert S. Ballou*

Robert S. Ballou
United States Magistrate Judge